TATLER, INC., APPELLANT, v. E. I. DU PONT DE NEMOURS
& COMPANY, RESPONDENT.

Submitted February 14, 1941—Decided April 25, 1941.

For the appellant, *Crawford Jamieson.*

For the respondent, *Katzenbach, Gildea & Rudner.*

PER CURIAM.

. The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, HEHER, PERSKIE, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ.   12.